**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**JOHN M. SHOLLENBERGER,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 15-16956 REF** |

**SECOND AMENDED CHAPTER 13 PLAN**

1. The Debtor shall pay the sum of $32,200.00 to the Chapter 13 Trustee, as follows:

    a. The sum of $2,200.00 has already been paid to the Chapter 13 Trustee.

    b. Starting on August 28, 2016 the future earnings of the Debtor will be submitted to the supervision of and control of the Trustee, and the Debtor shall pay to the Trustee the sum of $600.00 monthly for a period of 50 months.

2. From the payments so received, the Trustee shall make disbursements as follows:

    a. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507, as follows:

        i. Trustee's commissions.

        ii. Approved attorney's fees for services rendered by Hartman, Valeriano, Magovern & Lutz, P.C. in this bankruptcy proceeding.

    b. Holders of allowed secured claims shall retain the liens securing such claims and shall be provided for as follows:

        i. Wells Fargo Card Services (Proof of Claim No. 1): The creditor will be allowed to exercise its state law rights, if any, to repossess the collateral, if any, securing its claim.

        ii. JPMorgan Chase Bank N.A (Proof of Claim No. 2) (Secured by the Debtor's 2014 Dodge Caravan vehicle): Pre-petition arrears will be paid through the Plan. Postpetition arrears will be paid in accordance with the Stipulation between JP Morgan Chase Bank N.A. and the Debtor, approved by the Court on March 7, 2016. Postpetition payments not addressed by the Stipulation will be paid outside the Plan.

      iii.      Exeter Finance Corp. (Proof of Claim No. 9)(Secured by the Debtor's 2014 CHEVROLET Spark Hatchback 5D LT I4 vehicle):  Pre-petition arrears will be paid through the Plan.  Payments arising post-petition will be paid outside the Plan.

      iv.      Ocwen Loan Servicing (Proof of Claim No. 10)(Secured by the Debtor's residential real estate): Pre-petition arrears will be paid through the Plan. Postpetition arrears will be paid in accordance with the Stipulation between Ocwen Loan Servicing and the Debtor, approved by the Court on May 11, 2016. Postpetition payments not addressed by the Stipulation will be paid outside the Plan.

   c.   Subsequent to dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed shall be paid pro rata.

3. The following executory contracts of the Debtor are rejected: None.

4. Title to the Debtors' property shall revest in the Debtor upon the closing of the case.

Date:  July 31, 2016

      **Respectfully submitted,**

      **Hartman, Valeriano, Magovern & Lutz, PC**

**by:**    /s/ George M. Lutz

_____

**George M. Lutz, Esquire**
**1100 Berkshire Boulevard, Suite 301**
**Wyomissing, PA  19610**
**Pa. Attorney ID No.: 46437**