**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**JOHN M. SHOLLENBERGER,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 15-16956 REF** |

**CERTIFICATE OF SERVICE**

      I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Second Chapter 13 Plan was served upon the addresses listed by way of electronic means on July 31, 2016 and/or via first class mail on August 2, 2016:

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

Jeffrey Scott Dunn - jefdun@gmail.com

JOSHUA ISAAC GOLDMAN on behalf of Creditor JPMorgan Chase Bank, N.A. - bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

NICOLE B. LABLETTA on behalf of Creditor Ocwen Loan Servicing, LLC as servicer for - nlabletta@udren.com, vbarber@udren.com

Exeter Finance Corp.
P.O. Box 201347
Arlington, TX 76006

Exeter Township
4975 DeMoss Road
Reading, PA 19606

John M. Shollenberger
4620 Dunham Drive
Reading, PA  19606

                                          **Hartman, Valeriano, Magovern & Lutz, P.C.**

                        By:    *s/Alyssa J. Merkey*
                                1100 Berkshire Blvd., Suite 301
                                Wyomissing, PA  19610
                                610-779-0772