**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** <br><br> **JOHN M. SHOLLENBERGER,** <br><br> **Debtor** | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 15-16956 REF** |

**ORDER**

AND NOW, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $5,454.00, for reimbursement of actual, necessary fees, of which $690.00 was received pre-petition and expenses in the amount of $70.30.

**BY THE COURT:**

**Date: September 30, 2016**

_____
**United States Bankruptcy Judge**

**Copies to:**

Office of the United States Trustee
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Blvd., Suite 301
Wyomissing, PA 19610

Frederick L. Reigle, Esquire
P.O. Box 4010
Reading, PA 19606

John M. Shollenberger
308 Emerald Lane
Wyomissing, PA 19610

**All creditors**