United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John M. Shollenberger  
      Debtor

Case No. 15-16956-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Sep 30, 2016  
                    Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2016.
```
db             #+John M. Shollenberger,    308 Emerald Lane,    Wyomissing, PA 19610-4001
cr              +Ocwen Loan Servicing, LLC,    Robertson, Anschutz, & Schneid,    6409 Congress Ave,   Suite 100,
                  Boca Raton, FL 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 01 2016 02:18:13      Exeter Finance Corp.,
                  c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
                                                                                             TOTAL: 1
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2016 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor John M. Shollenberger glutz@hvmllaw.com, amerkey@hvmllaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeffrey Scott Dunn    jefdun@gmail.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              NICOLE B. LABLETTA    on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for
               nlabletta@udren.com, vbarber@udren.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:<br><br>**JOHN M. SHOLLENBERGER,**<br><br>Debtor | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 15-16956 REF |
|---|---|

**ORDER**

AND NOW, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $5,454.00, for reimbursement of actual, necessary fees, of which $690.00 was received pre-petition and expenses in the amount of $70.30.

**Date: September 30, 2016**

BY THE COURT:

_____
**United States Bankruptcy Judge**

**Copies to:**

Office of the United States Trustee
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Blvd., Suite 301
Wyomissing, PA 19610

Frederick L. Reigle, Esquire
P.O. Box 4010
Reading, PA 19606

John M. Shollenberger
308 Emerald Lane
Wyomissing, PA 19610

**All creditors**