TD Auto Finance
PO BOX 551080
Jacksonville, FL 32255

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISCTRICT OF PENNSYLVANIA

**NOTICE OF WITHDRAWING CLAIM**

IN RE: JOHN SCHOILLENBERGER
CHAPTER 13
CASE NUMBER 15-16956

TO: CLERK OF THE COURT

1. A proof of claim was electronically filed on behalf of TD Auto Finance
2. For account ending 2994, in the amount of $34,150.54
3. Docketed by the court on 12/28/2015, Claim number 5

You are notified that the Claim number 5 is a duplicate and is to be withdrawn.

Date: 11/29/2016

TD Auto Finance

/s/ Daniel Valdes