## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **John M. Shollenberger,** | |
| **Debtor** | **Bankruptcy No. 15-16956 REF** |

### PRAECIPE TO CHANGE ADDRESS

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly change the Debtor's address to the following:

4620 Dunham Drive
Reading, PA 19606

Date: March 15, 2017                  Respectfully submitted,

**Hartman, Valeriano, Magovern & Lutz, PC**

**by:**    */s/ George M. Lutz*
_____
George M. Lutz, Esquire
1100 Berkshire Boulevard, Suite 301
Wyomissing, PA  19610
Pa. Attorney ID No.: 46437