# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: John M. Shollenberger
                  Debtor

JPMorgan Chase Bank, N.A.
                v.
John M. Shollenberger
                and
Frederick L. Reigle Esq.
                Trustee

Chapter 13

NO. 15-16956 REF

## **ORDER**

AND NOW, upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362 , is modified to allow JPMorgan Chase Bank, N.A. and its successor in title to proceed with its rights regarding the 2014 Dodge Grand Caravan 2C4RDGCG0ER214061 .

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: October 3, 2017**

United States Bankruptcy Judge.

cc: See attached service list