United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John M. Shollenberger
    Debtor

Case No. 15-16956-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith    Page 1 of 1    Date Rcvd: Oct 03, 2017
                   Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2017.
db         +John M. Shollenberger,   4620 Dunham Drive,   Reading, PA 19606-8948
cr         +Ocwen Loan Servicing, LLC,   Robertson, Anschutz, & Schneid,   6409 Congress Ave,   Suite 100,
                Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Oct 04 2017 01:45:58      Exeter Finance Corp.,
                c/o Ascension Capital Group,   P.O. Box 201347,   Arlington, TX 76006-1347
                                                                                                   TOTAL: 1

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             TD Auto Finance LLC
                                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2017 at the address(es) listed below:
           FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
           GEORGE M. LUTZ    on behalf of Debtor John M. Shollenberger glutz@hvmllaw.com,
            amerkey@hvmllaw.com;r49419@notify.bestcase.com
           JASON BRETT SCHWARTZ    on behalf of Creditor   Exeter Finance Corp. jschwartz@mesterschwartz.com,
            jottinger@mesterschwartz.com
           JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Jeffrey Scott Dunn    jefdun@gmail.com
           LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
            ecf_frpa@trustee13.com
           NICOLE B. LABLETTA    on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for
            nlabletta@udren.com,   vbarber@udren.com
           THOMAS I. PULEO    on behalf of Creditor   JPMorgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  John M. Shollenberger<br>　　　　　　　　　Debtor<br><br>JPMorgan Chase Bank, N.A.<br>　　　　　v.<br>John M. Shollenberger<br>　　　　　　　and<br>Frederick L. Reigle Esq.<br>　　　　　　　　　Trustee | Chapter 13<br><br><br>NO. 15-16956 REF |

**ORDER**

AND NOW, upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362 , is modified to allow JPMorgan Chase Bank, N.A. and its successor in title to proceed with its rights regarding the 2014 Dodge Grand Caravan 2C4RDGCG0ER214061 .

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: October 3, 2017**

　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list