
**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**JOHN M. SHOLLENBERGER,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 15-16956 REF** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Debtor's Response to the Motion for Relief from Automatic Stay of Exeter Finance Corp., was served upon the addresses listed below by way of electronic means on October 9, 2017:

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, readingecf@ramapo.com

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

JEFFREY SCOTT DUNN - jefdun@gmail.com

JOSHUA ISAAC GOLDMAN on behalf of Creditor JPMorgan Chase Bank, N.A. - bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

NICOLE B. LABLETTA on behalf of Creditor Ocwen Loan Servicing, LLC as servicer for - nlabletta@udren.com, vbarber@udren.com

THOMAS I. PULEO on behalf of Creditor JPMorgan Chase Bank, N.A. - tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ on behalf of Creditor Exeter Finance Corp. - jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com

                                        **Hartman, Valeriano, Magovern & Lutz, P.C.**

                        By:    *s/Alyssa J. Merkey*
                               1100 Berkshire Blvd., Suite 301
                               Wyomissing, PA 19610
                               (610) 779-0772