# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| In Re:<br><br>**JOHN M. SHOLLENBERGER,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 15-16956 REF**<br><br>**Hearing scheduled for November 16, 2017, at 9:30 am, in Courtroom No. 1, The Madison Building, 400 Washington Street, Reading, Pennsylvania.** |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

**TO:** **U.S. TRUSTEE, CHAPTER 13 TRUSTEE, AND ALL OTHER PARTIES IN INTEREST, NOTICE IS GIVEN THAT:**

Debtor filed a Motion to Reinstate Automatic Bankruptcy Stay ("Motion"). If a copy of the Motion is not enclosed with this Notice, a copy can be obtained by contacting counsel to the Debtor, at George M. Lutz, Esquire, Hartman, Valeriano, Magovern & Lutz, PC, 1100 Berkshire Boulevard, Suite 301, P.O. Box 5828, Wyomissing, PA 19610, P: 610-779-0772..

Any creditor or any party in interest may file an answer, objection, or other responsive pleading with respect to this Motion with the Clerk of the United States Bankruptcy Court, The Madison Building, Suite 300, 400 Washington Street, Reading, PA 19601, and must **deliver** a copy to counsel for the Debtor, whose name and address appears below, such that counsel for the Debtor **receives** said copy on or before November 9, 2017 at 4:00 p.m.

A hearing to consider the Motion and any answers, objections, or other responsive pleadings has been scheduled for November 16, 2017 at 9:30 a.m. in Courtroom No. 1, The Madison Building, 400 Washington Street, Reading, Pennsylvania. In the absence of any answer, objection, or other responsive pleading, the Court may approve the relief requested in Motion without the requirement of a hearing.

Dated: October 16, 2017

**George M. Lutz, Esquire**
**Hartman, Valeriano, Magovern & Lutz, PC**
**1100 Berkshire Boulevard, Suite 301**
**P.O. Box 5828**
**Wyomissing, PA 19610**