**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **JOHN M. SHOLLENBERGER,** | |
| **Debtor** | **Bankruptcy No. 15-16956 REF** |

**CERTIFICATE OF SERVICE**

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date and Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, were served upon the addresses listed below by way of electronic means on October 16, 2017 and/or via first class mail on October 26, 2017:

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, readingecf@ramapo.com

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

JEFFREY SCOTT DUNN - jefdun@gmail.com

JOSHUA ISAAC GOLDMAN on behalf of Creditor JPMorgan Chase Bank, N.A. - bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

NICOLE B. LABLETTA on behalf of Creditor Ocwen Loan Servicing, LLC as servicer for - nlabletta@udren.com, vbarber@udren.com

THOMAS I. PULEO on behalf of Creditor JPMorgan Chase Bank, N.A. - tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ on behalf of Creditor Exeter Finance Corp. - jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com

Exeter Finance Corp.
P.O. Box 201347
Arlington, TX 76006

Exeter Township
4975 DeMoss Road
Reading, PA 19606

John M. Shollenberger
4620 Dunham Drive
Reading, PA  19606

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By:    *s/Alyssa J. Merkey*
        1100 Berkshire Blvd., Suite 301
        Wyomissing, PA 19610
        (610) 779-0772