# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | |
|---|---|
| **In re:** | |
| **JOHN M. SHOLLENBERGER,** | **Chapter 13  Bankruptcy** |
| Debtor | **Bankruptcy No. 15-16956 REF** |

## CERTIFICATE OF NO RESPONSE

The undersigned, George M. Lutz, Esquire, attorney for the Debtor, hereby certifies that no answer, objection or other responsive pleading has been served upon me or upon the Debtor in connection with the Motion to Reinstate Automatic Stay With Respect to JP Morgan Chase Banks Loan to the Debtor Secured by the Debtors 2014 Dodge Grand Caravan Automobile, which was served upon all parties of interest on October 19, 2017.

Dated: November 11, 2017

                **Respectfully submitted,**

                **Hartman, Valeriano, Magovern & Lutz, PC**

**by:**    /s/ George M. Lutz

                **George M. Lutz, Esquire**
                **1100 Berkshire Boulevard, Suite 301**
                **Wyomissing, PA  19610**
                **Pa. Attorney ID No.: 46437**
                **Attorneys for Debtor**