**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**JOHN M. SHOLLENBERGER,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 15-16956 REF** |

**FOURTH AMENDED CHAPTER 13 PLAN**

1. The Debtor shall pay the sum of $59,425.00 to the Chapter 13 Trustee, as follows:

    a. The sum of $11,300.00 has already been paid to the Chapter 13 Trustee.

    b. Starting on November 28, 2017 the future earnings of the Debtor will be submitted to the supervision of and control of the Trustee, and the Debtor shall pay to the Trustee the sum of $1,375.00 monthly for a period of 35 months.

2. From the payments so received, the Trustee shall make disbursements as follows:

    a. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507, as follows:

        i. Trustee's commissions.

        ii. Approved attorney's fees for services rendered by Hartman, Valeriano, Magovern & Lutz, P.C. in this bankruptcy proceeding.

    b. Holders of allowed secured claims shall retain the liens securing such claims and shall be provided for as follows:

        i. Wells Fargo Card Services (Proof of Claim No. 1):  The creditor will be allowed to exercise its state law rights, if any, to repossess the collateral, if any, securing its claim.

        ii. JPMorgan Chase Bank N.A (Proof of Claim No. 2) (Secured by the Debtor's 2014 Dodge Caravan vehicle):  Pre-petition and post-petition arrears will be paid through the Plan.  Payments due subsequent to the date of the filing of the Claimant's Amended Proof of Claim will be paid outside the Plan.

        iii. Exeter Finance Corp. (Proof of Claim No. 9)(Secured by the Debtor's 2014 Chevrolet Spark Hatchback 5D LT I4 vehicle):  Pre-petition and post-petition

        arrears will be paid through the Plan, in accordance with the Stipulation that has been entered into between the Debtor and Exeter Finance Corp.  Payments due subsequent to the date of the filing of this Fourth Amended Chapter 13 Plan will be paid outside the Plan.

      iv.    Ocwen Loan Servicing (Proof of Claim No. 10)(Secured by the Debtor's residential real estate): Pre-petition and post-petition arrears will be paid through the Plan.  Payments due subsequent to the date of the filing of the Claimant's Amended Proof of Claim will be paid outside the Plan.

  c.    Subsequent to dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed shall be paid pro rata.

3.    The following executory contracts of the Debtor are rejected: None.

4.    Title to the Debtors' property shall revest in the Debtor upon the closing of the case.

Date:  November 11, 2017

**Respectfully submitted,**

**Hartman, Valeriano, Magovern & Lutz, PC**

**by:**    /s/ George M. Lutz

_____

**George M. Lutz, Esquire**
**1100 Berkshire Boulevard, Suite 301**
**Wyomissing, PA  19610**
**Pa. Attorney ID No.: 46437**