**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In Re:** <br><br> **JOHN M. SHOLLENBERGER,** <br><br> Debtor | **Chapter 13  Bankruptcy** <br><br> **Bankruptcy No. 15-16956 REF** |

**ORDER**

AND NOW, upon consideration of the Debtor's Motion to Reinstate the Automatic Bankruptcy Stay ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Automatic Bankruptcy Stay, 11 USC 362, is reinstated with respect to the Debtor's 2014 Dodge Grand Caravan

**Date: November 14, 2017**

**BY THE COURT:**

_____
**Richard E. Fehling**
**United States Bankruptcy Judge**

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Boulevard, Suite 301
P.O. Box 5828
Wyomissing, PA  19610

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Frederick L.  Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA  19606

Joshua I. Goldman, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106