United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John M. Shollenberger
    Debtor

Case No. 15-16956-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Keith      Page 1 of 1      Date Rcvd: Nov 14, 2017
                      Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2017.
db      +John M. Shollenberger, 4620 Dunham Drive, Reading, PA 19606-8948
cr      +Ocwen Loan Servicing, LLC, Robertson, Anschutz, & Schneid, 6409 Congress Ave, Suite 100, Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Nov 15 2017 02:04:41    Exeter Finance Corp., c/o Ascension Capital Group, P.O. Box 201347, Arlington, TX 76006-1347
                                                                                                  TOTAL: 1

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            TD Auto Finance LLC
                                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2017 at the address(es) listed below:
           FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
           GEORGE M. LUTZ    on behalf of Debtor John M. Shollenberger glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com
           JASON BRETT SCHWARTZ    on behalf of Creditor    Exeter Finance Corp. jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
           JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
           Jeffrey Scott Dunn    jefdun@gmail.com
           LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
           NICOLE B. LABLETTA    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for nlabletta@udren.com, vbarber@udren.com
           THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re:<br><br>JOHN M. SHOLLENBERGER,<br><br>Debtor | Chapter 13  Bankruptcy<br><br>Bankruptcy No. 15-16956 REF |

**ORDER**

　　　　AND NOW, upon consideration of the Debtor's Motion to Reinstate the Automatic Bankruptcy Stay ("Motion"), and after notice and opportunity for hearing,

　　　　IT IS HEREBY ORDERED that the Automatic Bankruptcy Stay, 11 USC 362, is reinstated with respect to the Debtor's 2014 Dodge Grand Caravan

**Date: November 14, 2017**

BY THE COURT:

_____
**Richard E. Fehling**
United States Bankruptcy Judge

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Boulevard, Suite 301
P.O. Box 5828
Wyomissing, PA  19610

Frederick L.  Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA  19606

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Joshua I. Goldman, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106