United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 15-16956-ref
John M. Shollenberger                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4           User: Keith              Page 1 of 1                  Date Rcvd: Nov 16, 2017
                               Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
db         +John M. Shollenberger,   4620 Dunham Drive,   Reading, PA 19606-8948
cr         +Ocwen Loan Servicing, LLC,   Robertson, Anschutz, & Schneid,   6409 Congress Ave,   Suite 100,
             Boca Raton, FL 33487-2853
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Nov 17 2017 02:00:24     Exeter Finance Corp.,
             c/o Ascension Capital Group,   P.O. Box 201347,   Arlington, TX 76006-1347
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              TD Auto Finance LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor John M. Shollenberger glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Exeter Finance Corp. jschwartz@mesterschwartz.com,
               jottinger@mesterschwartz.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeffrey Scott Dunn    jefdun@gmail.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              NICOLE B. LABLETTA    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for
               nlabletta@udren.com,   vbarber@udren.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9

(F): Shollenberger, Jd.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| JOHN M. SHOLLENBERGER, | ) | |
| Debtor | ) | CASE NO. : 15-16956-REF |
| | ) | **HEARING DATE:** |
| EXETER FINANCE CORP., | ) | Thursday, October 12, 2017 |
| Movant | ) | 9:30 a.m. |
| vs. | ) | **LOCATION:** |
| | ) | U.S. Bankruptcy Court |
| JOHN M. SHOLLENBERGER, | ) | The Madison Building |
| Respondent | ) | Courtroom No. 1 |
| | ) | 400 Washington Street |
| and | ) | Reading, PA 19601 |
| FREDERICK L. REIGLE | ) | |
| Trustee | ) | |

## STIPULATION

COME NOW, this _____ day of _____, 2017, *John M. Shollenberger*, through Debtor's attorney, *George M. Lutz, Esquire*, and Exeter Finance Corp., ("Exeter") by and through its attorneys, Mester & Schwartz, P.C., hereby stipulate the following terms of settlement of the Motion for Relief:

WHEREAS the Debtor owns a 2014 CHEVROLET Spark Hatchback 5D LT, V.I.N. KL8CD6S97EC582452 ("vehicle"); and

WHEREAS Exeter filed a Motion for Relief ("Motion") with respect to missed post-petition payments; and

WHEREAS the Debtor has filed a Response to the Motion; and

WHEREAS the Debtor and Exeter seek to resolve the Motion; it is hereby stipulated and agreed that:

1. The post-petition delinquency on this account is $8,439.82 through October 23, 2017, plus $481.00 in attorney's fees and costs.

2. The Debtor shall file an amended Chapter 13 plan providing payment of the post-petition arrears, totaling $8,920.82 within 15 days of the entry of this Stipulation.

3. Thereafter, the Debtor shall remain current with regular monthly payments paid directly to the Movant starting with the regular monthly payment of $398.86 due on November 15, 2017, and all such future payments due on the 15th of each month thereafter.

4. If Debtor shall fail to have a plan conforming to this Stipulation or the Debtor fails make to ongoing regular monthly payments or arrears payments and Debtor fails to cure said default within fifteen (15) days after notice by Exeter (or its counsel) of said default, counsel for Exeter may file a Certification of Default with the Court setting forth Debtor's default and Exeter shall be granted relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362), and Exeter is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law without regard to any future conversion of this matter to a different form of bankruptcy. The Debtor shall be allowed to default and cure such default under this Stipulation one (1) time. Should the Debtor default a second (2nd) time, notice of the default will be served, but the Debtor will not be granted an opportunity to cure the default and Exeter may file a Certification of Default.

5. In the event Debtor converts to a bankruptcy under any Chapter other than Chapter 13 of the Bankruptcy Code, then Debtor shall pay all pre-petition arrears and post-petition arrears due and owing within fifteen (15) days from the date the case is converted from Chapter 13 to any other Chapter. If Debtor fails to make payment in accordance with this paragraph, then Exeter, through counsel, may file a Certification of Default setting forth said failure and Exeter shall be granted relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362) and Exeter is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law.

6. The failure by Exeter, at any time, to issue a Notice of Default or file a Certification of Default upon default by the Debtor shall not be construed, nor shall such failure act, as a waiver of any of Exeter's rights hereunder.

7. This Stipulation is a supplement and in addition to the Contract between the parties and not in lieu thereof.

8. Facsimile signatures shall be accorded the same force and effect as an original signature, and may be submitted to the Court.

Date: November 16, 2017

BY THE COURT:

_____
Richard E. Fehling
U.S. BANKRUPTCY JUDGE

Post-Petition Arrears:     $8,439.82
Counsel Fees:     $ 481.00
*Total:*     *$8,920.82*

Exeter Finance Corp.
By Counsel: Mester & Schwartz, P.C.

By: _____
Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

DATED: 11/13/17

Seen and agreed to -- We hereby consent to the form and entry of the foregoing Order.

Debtor: John M. Shollenberger

By Counsel for Debtor: George M. Lutz, Esquire

By: _____
George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Blvd.
Suite 301
P.O. Box 5828
Wyomissing, PA 19610
(610) 779-0772

DATED:

Chapter 13 Trustee

By: _____
Frederick L. Reigle, Trustee   11/13/17
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
(610) 779-1313

Please send copies to:

John M. Shollenberger
4620 Dunham Drive
Reading, PA 19606

George M. Lutz, Esq.
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Blvd.
Suite 301
P.O. Box 5828
Wyomissing, PA 19610

Frederick L. Reigle, Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107