**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| In re:<br><br>**JOHN M. SHOLLENBERGER,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 15-16956 REF** |
|---|---|

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 and the Debtor requests that the court grant the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, as the Motion is uncontested.

Date: December 13, 2017

                                      Respectfully submitted,

                                      **Hartman, Valeriano, Magovern & Lutz, P.C.**

by:    */s/ George M. Lutz*

                George M. Lutz, Esquire
                1100 Berkshire Blvd., Suite 301
                Wyomissing, PA  19610
                Attorney I.D. No. 46437
                Phone:  610-779-0772