### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | |
|---|---|
| In Re: | **Chapter 13 Bankruptcy** |
| **JOHN M. SHOLLENBERGER,** | |
| **Debtor** | **Bankruptcy No. 15-16956 REF** |

### ORDER

Upon consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 ("Motion"), and upon Debtor having certified that the Motion was served on all interested parties, and that no answer or other response to the Motion has been filed,

IT IS HEREBY ORDERED that the Third Amended Chapter 13 Plan is CONFIRMED.

**BY THE COURT:**

**Date: December 14, 2017**

Richard E. Fehling
**United States Bankruptcy Judge**

**George M. Lutz, Esquire**
**Hartman, Valeriano, Magovern & Lutz, P.C.**
**1100 Berkshire Boulevard, Suite 301**
**Wyomissing, PA  19610**

**Office of the United States Trustee**
**833 Chestnut Street**
**Suite 500**
**Philadelphia, PA  19107**

**Frederick L.  Reigle, Esquire**
**Chapter 13 Trustee**
**2901 St. Lawrence Avenue**
**P.O. Box 4010**
**Reading, PA  19606**