**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: <br><br> **JOHN M. SHOLLENBERGER,** <br><br> Debtor | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 15-16956 REF** |
|---|---|

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Debtor's Supplemental Allowance of Compensation and Reimbursement of Expenses and the Debtor requests that the court grant the Debtor's Supplemental Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

**Date:** January 31, 2018

                                    Respectfully submitted,

                                    **Hartman, Valeriano, Magovern & Lutz, P.C.**

            by:    */s/ George M. Lutz*

                                    George M. Lutz, Esquire
                                    1100 Berkshire Blvd., Suite 301
                                    Wyomissing, PA  19610
                                    Attorney I.D. No. 46437
                                    Phone:  610-779-0772