**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**JOHN M. SHOLLENBERGER,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 15-16956 REF** |

**ORDER**

UPON CONSIDERATION of the Supplemental Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Supplemental Application is approved in the amount of $3,996.00, for reimbursement of actual, necessary fees and expenses in the amount of $78.27, for the period of September 3, 2016 through January 10, 2018.

**BY THE COURT:**

**Date: February 2, 2018**

_____
**United States Bankruptcy Judge**

Copies to:

**Office of the United States Trustee**
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

**George M. Lutz, Esquire**
Hartman, Valeriano, Magovern & Lutz, P.C.
1100 Berkshire Blvd., Suite 301
Wyomissing, PA  19610

**Frederick L. Reigle, Esquire**
P.O. Box 4010
Reading, PA 19606

**John M. Shollenberger**
4620 Dunham Drive
Wyomissing, PA  19610

**All creditors**