United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-16956-ref
John M. Shollenberger                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Keith              Page 1 of 1            Date Rcvd: Feb 02, 2018
                             Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2018.
db       +John M. Shollenberger,   4620 Dunham Drive,   Reading, PA 19606-8948
cr       +Ocwen Loan Servicing, LLC,   Robertson, Anschutz, & Schneid,   6409 Congress Ave,   Suite 100,
          Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 03 2018 01:41:25      Exeter Finance Corp.,
           c/o Ascension Capital Group,   P.O. Box 201347,   Arlington, TX 76006-1347
                                                                                            TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              TD Auto Finance LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor John M. Shollenberger glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              JASON BRETT SCHWARTZ    on behalf of Creditor   Exeter Finance Corp. jschwartz@mesterschwartz.com,
               jottinger@mesterschwartz.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeffrey Scott Dunn    jefdun@gmail.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              NICOLE B. LABLETTA    on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for
               nlabletta@udren.com, vbarber@udren.com
              THOMAS I. PULEO    on behalf of Creditor   JPMorgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **JOHN M. SHOLLENBERGER,** | |
| **Debtor** | **Bankruptcy No. 15-16956 REF** |

**ORDER**

UPON CONSIDERATION of the Supplemental Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Supplemental Application is approved in the amount of $3,996.00, for reimbursement of actual, necessary fees and expenses in the amount of $78.27, for the period of September 3, 2016 through January 10, 2018.

**BY THE COURT:**

**Date: February 2, 2018**

_____
**United States Bankruptcy Judge**

Copies to:

**Office of the United States Trustee**
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

**Frederick L. Reigle, Esquire**
P.O. Box 4010
Reading, PA 19606

**George M. Lutz, Esquire**
Hartman, Valeriano, Magovern & Lutz, P.C.
1100 Berkshire Blvd., Suite 301
Wyomissing, PA 19610

**John M. Shollenberger**
4620 Dunham Drive
Wyomissing, PA 19610

**All creditors**