# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**JOHN M. SHOLLENBERGER,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 15-16956 REF** |

## CERTIFICATE OF NO RESPONSE

I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Motion to Approve Loan Modification Agreement with Shellpoint Mortgage Servicing and request that the court grant the Motion to Approve Loan Modification Agreement with Shellpoint Mortgage Servicing, as the Motion is uncontested.

**Date:** July 10, 2018

                                            Respectfully submitted,

                                            **Hartman, Valeriano, Magovern & Lutz, P.C.**

                      by:    */s/ George M. Lutz*

                                         George M. Lutz, Esquire
                                         1100 Berkshire Blvd., Suite 301
                                         Wyomissing, PA  19610
                                         Attorney I.D. No. 46437
                                         Phone:  610-779-0772