# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>**JOHN M. SHOLLENBERGER,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 15-16956 REF** |
|---|---|

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Approve Loan Modification Agreement with Ocwen Loan Servicing, LLC ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Loan Modification Agreement between the Debtor and Ocwen Loan Servicing, LLC is APPROVED.

**Date: July 11, 2018**

BY THE COURT:

_____
**Richard E. Fehling**
**United States Bankruptcy Judge**

*Copies to:*

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Boulevard, Suite 301
P.O. Box 5828
Wyomissing, PA  19610

Ocwen Loan Servicing, LLC
ATTN: Mortgage Assistance
1661 Worthington Road, Suite 100
West Palm Beach, Florida 33409

John M. Shollenberger
4620 Dunham Drive
Reading, PA 19606

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA  19606

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107