United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John M. Shollenberger  
    Debtor

Case No. 15-16956-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Jul 11, 2018  
                      Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.  
db         +John M. Shollenberger,    4620 Dunham Drive,    Reading, PA 19606-8948  
cr         +Ocwen Loan Servicing, LLC,    Robertson, Anschutz, & Schneid,    6409 Congress Ave,    Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 12 2018 02:42:10     Exeter Finance Corp.,    c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347  
                                                                                                                    TOTAL: 1

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr             TD Auto Finance LLC  
                                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         GEORGE M. LUTZ    on behalf of Debtor John M. Shollenberger glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com  
         JASON BRETT SCHWARTZ    on behalf of Creditor    Exeter Finance Corp. jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
         JASON BRETT SCHWARTZ    on behalf of Creditor    Exeter Finance LLC jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
         JODI L. HAUSE    on behalf of Creditor    U.S. Bank N.A., As Trustee et. al. jodi.hause@phelanhallinan.com, paeb@fedphe.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jeffrey Scott Dunn    jefdun@gmail.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         NICOLE B. LABLETTA    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for nlabletta@pincuslaw.com, tbougouneau@pincuslaw.com  
         ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE RRamos-Cardona@fredreiglech13.com  
         THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                              TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**JOHN M. SHOLLENBERGER,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 15-16956 REF** |

**ORDER**

AND NOW, upon consideration of the Debtor's Motion to Approve Loan Modification Agreement with Ocwen Loan Servicing, LLC ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Loan Modification Agreement between the Debtor and Ocwen Loan Servicing, LLC is APPROVED.

**Date: July 11, 2018**

BY THE COURT:

_____
**Richard E. Fehling**
**United States Bankruptcy Judge**

*Copies to:*

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Boulevard, Suite 301
P.O. Box 5828
Wyomissing, PA  19610

Ocwen Loan Servicing, LLC
ATTN: Mortgage Assistance
1661 Worthington Road, Suite 100
West Palm Beach, Florida 33409

John M. Shollenberger
4620 Dunham Drive
Reading, PA 19606

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA  19606

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107