**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| In re:<br><br>**JOHN M. SHOLLENBERGER,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 15-16956 REF** |
|---|---|

**DEBTOR'S APPLICATION TO CONVERT FROM A PROCEEDING UNDER CHAPTER 13 OF THE BANKRUPTCY CODE TO A PROCEEDING UNDER CHAPTER 7 OF THE BANKRUPTCY CODE PURSUANT TO 11 USC 1307(a)**

Debtor, by and through his counsel, George M. Lutz, Esquire and Hartman, Valeriano, Magovern & Lutz, P.C., hereby files this Application to Convert from a Proceeding Under Chapter 13 of the Bankruptcy Code to a Proceeding Under Chapter 7 of the Bankruptcy Code Pursuant To 11 USC 1307(a) and in support thereof set forth as follows:

1. The Debtor filed for protection under Chapter 13 of the United States Bankruptcy Code on September 28, 2015.

2. This case has not been previously converted.

WHEREFORE, the Debtor respectfully requests this Court to enter an Order converting this case from a Chapter 13 case to a case under Chapter 7.

**Date:** September 12, 2018

Respectfully submitted,

**Hartman, Valeriano, Magovern & Lutz, P.C.**

**by:**    */s/ George M. Lutz*

George M. Lutz, Esquire
1100 Berkshire Boulevard, Suite 301
Wyomissing, PA  19610
Attorney I.D. No. 46437
Phone:  610-779-0772
Fax: 610-779-7473