AFS
P.O. Box 65018
Baltimore, MD 21264-5010


Arcadia Recovery Bureau
P.O. Box 6768
Wyomissing, PA 19610


Center for Urologic Care
1320 Broadcasting Road
Suite 200
Wyomissing, PA 19610-1265


Credit Collection Services
725 Canton Street
Norwood, MA 02062


Exeter Township
4975 DeMoss Road
Reading, PA 19606


Montgomery Radiology Assoc., PC
3625 Quakerbridge Road
Trenton, NJ 08619


Pain Management Physicians, LLC
P.O. Box 45749
Baltimore, MD 21297-5749


Pottstown Hospital
P.O. Box 12819
Philadelphia, PA 19176-0819


Progressive Leasing
256 Data Drive
Draper, UT 84020

```
Reading Health System
P.O. Box 16052
Reading, PA 19612


TRI-COUNTY Emergency Physicians, LLC
P.O. Box 37851
Baltimore, MD 21297-7851


TruGreen
1790 Kirby Pkwy, Suite 300
Germantown, TN 38138
```