B6D (Official Form 6D) (12/07)

In re  **John M. Shollenberger**                ,    Case No.   **15-16956**
                               Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx82.00**  **Exeter Township**  **4975 DeMoss Road**  **Reading, PA 19606** | | - | 5/2018-8/2018 **Municipal Lien/Sewer** **Residential Real Estate: 4620 Dunham Dr., Reading, PA 19606** **The property was purchased in May, 2005 for $253,485.** **Zillow.com gives a value of $277,007.**  Value $  277,007.00 | | | | **1,261.11** | **1,261.11** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | **1,261.11** | **1,261.11** |
| | | | Total (Report on Summary of Schedules) | | | | **1,261.11** | **1,261.11** |

B6F (Official Form 6F) (12/07)

In re **John M. Shollenberger**, Case No. **15-16956**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0988**<br><br>**Arcadia Recovery Bureau**<br>**P.O. Box 6768**<br>**Wyomissing, PA 19610** | | - | 9/14/2017<br><br>Original Creditor: Superior Oxygen & Medical Equipment | | | | 504.29 |
| Account No. **xx8020**<br><br>**Center for Urologic Care**<br>**1320 Broadcasting Road**<br>**Suite 200**<br>**Wyomissing, PA 19610-1265** | | - | 7/2018<br><br>Medical Services | | | | 280.00 |
| Account No. ***x6592**<br><br>**Credit Collection Services**<br>**725 Canton Street**<br>**Norwood, MA 02062** | | - | Original Creditor: Wells Fargo Bank. The Debtor does not believe that he is liable on this claim, because liability, if any, is solely that of Stonersville Fire Company Flames Inc. | | | | 609.99 |
| Account No. **xxx-xxx7381**<br><br>**Montgomery Radiology Assoc., PC**<br>**3625 Quakerbridge Road**<br>**Trenton, NJ 08619** | | - | 4/16/2018<br><br>Medical Services | | | | 31.79 |

___2___ continuation sheets attached

Subtotal
(Total of this page) **1,426.07**

B6F (Official Form 6F) (12/07) - Cont.

In re **John M. Shollenberger**, Case No. **15-16956**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2476** <br><br> **Pain Management Physicians, LLC** <br> **P.O. Box 45749** <br> **Baltimore, MD 21297-5749** | | - | **Medical Services** | | | | **31.65** |
| Account No. **xxx7381,** <br><br> **Pottstown Hospital** <br> **P.O. Box 12819** <br> **Philadelphia, PA 19176-0819** | | - | **4/2018** <br><br> **Medical Services** | | | | **1,822.00** |
| Account No. **xxxx1598** <br><br> **Progressive Leasing** <br> **256 Data Drive** <br> **Draper, UT 84020** | | - | **12/2017** <br><br> **Furniture Purchase** | | | | **600.00** |
| Account No. **xxxxxxxx0601** <br><br> **Reading Health System** <br> **P.O. Box 16052** <br> **Reading, PA 19612** | | - | **9/6/2017** <br><br> **Medical Services** | | | | **5,064.23** |
| Account No. **xxxxxx-xTR12** <br><br> **TRI-COUNTY Emergency Physicians, LLC** <br> **P.O. Box 37851** <br> **Baltimore, MD 21297-7851** | | - | **4/2018** <br><br> **Medical Services** | | | | **654.00** |

Sheet no. **1** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,171.88**

B6F (Official Form 6F) (12/07) - Cont.

In re   **John M. Shollenberger**                                                     ,    Case No.   **15-16956**
                                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2019**<br><br>**TruGreen**<br>**1790 Kirby Pkwy, Suite 300**<br>**Germantown, TN 38138** | - | | **5/2018 and 6/2018**<br>**Lawn Care Service** | | | | **71.77** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **71.77**

Total (Report on Summary of Schedules)    **9,669.72**