**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| In re:<br><br>**JOHN M. SHOLLENBERGER,**<br><br>Debtor | **Chapter 7 Bankruptcy**<br><br>**Bankruptcy No. 15-16956 REF** |
|---|---|

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Debtor's Amended Schedules D and F were served upon the following Trustees and parties who requested notice, by way of electronic means on September 13, 2018; And further certify that a true and correct copy of Debtor's Amended Schedules D and F, along with the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors and Deadlines and Application to Convert from a Proceeding Under Chapter 13 of the Bankruptcy Code to a Proceeding Under Chapter 7 of the Bankruptcy Code Pursuant To 11 USC 1307(a), were served upon the creditors listed below via first class mail on September 14, 2018:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

ROLANDO RAMOS-CARDONA on behalf of Trustee FREDERICK L. REIGLE - RRamos-Cardona@fredreiglech13.com

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Jeffrey Scott Dunn - jefdun@gmail.com

JOSHUA ISAAC GOLDMAN on behalf of Creditor JPMorgan Chase Bank, N.A. - bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

JODI L. HAUSE on behalf of Creditor U.S. Bank N.A., As Trustee et. al. - jodi.hause@phelanhallinan.com, paeb@fedphe.com

NICOLE B. LABLETTA on behalf of Creditor Ocwen Loan Servicing, LLC as servicer for - nlabletta@pincuslaw.com, vbarber@pincuslaw.com

THOMAS I. PULEO on behalf of Creditor JPMorgan Chase Bank, N.A. - tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ on behalf of Creditor Exeter Finance Corp.- jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com

JASON BRETT SCHWARTZ on behalf of Creditor Exeter Finance LLC - jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com

AFS
P.O. Box 65018
Baltimore, MD 21264-5010

Arcadia Recovery Bureau
P.O. Box 6768
Wyomissing, PA 19610

Center for Urologic Care
1320 Broadcasting Road
Suite 200
Wyomissing, PA 19610-1265

Credit Collection Services
725 Canton Street
Norwood, MA 02062

Exeter Township
4975 DeMoss Road
Reading, PA 19606

Montgomery Radiology Assoc., PC
3625 Quakerbridge Road
Trenton, NJ 08619

Pain Management Physicians, LLC
P.O. Box 45749
Baltimore, MD 21297-5749

Pottstown Hospital
P.O. Box 12819
Philadelphia, PA 19176-0819

Progressive Leasing
256 Data Drive
Draper, UT 84020

Reading Health System
P.O. Box 16052
Reading, PA 19612

TRI-COUNTY Emergency Physicians, LLC
P.O. Box 37851
Baltimore, MD 21297-7851

TruGreen
1790 Kirby Pkwy, Suite 300
Germantown, TN 38138

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By:   *s/Alyssa J. Merkey*
      1100 Berkshire Blvd., Suite 301
      Wyomissing, PA  19610
      610-779-0772