United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John M. Shollenberger
    Debtor

Case No. 15-16956-ref
Chapter 7

# CERTIFICATE OF NOTICE

```
District/off: 0313-4           User: Keith                   Page 1 of 3                    Date Rcvd: Sep 13, 2018
                               Form ID: 210U                 Total Noticed: 56
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2018.

```
db            +John M. Shollenberger,    4620 Dunham Drive,    Reading, PA 19606-8948
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13604734      +AR Resources,    P.O. Box 1056,    Blue Bell, PA 19422-0287
13604731      +Accord,    3730 Kirby Drive,    Houston, TX 77098-3933
13604733       Americredit Financial Services,    P.O. Box 183123,    Arlington, TX 76096-3123
13604735      +Berkheimer,    P.O. Box 995,    50 N. Seventh St.,    Bangor, PA 18013-1798
13604736      +Big Ass Solutions,    2348 Innovation Drive,    Lexington, KY 40511-8514
13604739       CHASE,    PO BOX 901003,    COLUMBUS, OH 43224
13604744     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
              (address filed with court: DaimlerChrysler Financial Services,    POB 551080,
                Jacksonville, FL 32255)
13604743      +CONVERGENT HC RECOVERIES,    121 NE JEFFERSON ST STE 100,    Peoria, IL 61602-1229
13604742       Comcast,    P.O. Box 985,    Toledo, OH 43697-0985
13604745      +EXETER FINANCE CORP,    PO BOX 166097,    IRVING, TX 75016-6097
13604747      +Exeter Township Tax Collector,    POB 4216,    Reading, PA 19606-0616
13604748      +Fleet Capital,    368 New Hemstead Road,    Suite 247,    New City, NY 10956-1900
13658905      +Fleet Capital, LLC,    Davis and Goldmark, Inc.,    23441 S Pointe Dr #200,
                Laguna Hills CA 92653-1552
13670793      +JPMorgan Chase Bank, N.A.,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
13604749      +Lids Team Sports,    c/o Levy Diamond Bello & Associates,    P.O. Box 352,
                Milford, CT 06460-0352
13632926      +Miller Law Group,    25 Stevens Avenue,    Reading, PA 19609-1425
13604750      +NPAS,    P.O. Box 99400,    Louisville, KY 40269-0400
13609089      +Ocwen Loan Servicing, LLC,    Robertson, Anschutz, & Schneid,    6409 Congress Ave,    Suite 100,
                Boca Raton, FL 33487-2853
13655615      +Ocwen Loan Servicing, LLC as servicer for,    Udren Law Offices, P.C.,    111 Woodcrest Road,
                Cherry Hill, NJ 08003-3620
13604754       PMSI,    P.O. Box 1155,    Pottstown, PA 19464-0875
13604752      +Pearl Capital Beta Fund,    40 Exchange Place,    Suite 301,    New York, NY 10005-2784
13653563     #+Porania LLC,    P. O. Box 11405,    Memphis TN 38111-0405
13604755       Pottstown Memorial Medical Center,    PO Box 1022,    Wixom, MI 48393-1022
13604756      +Quest Diagnostics,    P.O. Box 740775,    Cincinnati, OH 45274-0775
13670405      +Reading Health Systems,    c/o Convergent HC Rec.,    PO Box 1289,    Peoria IL 61654-1289
13683874      +Richmond Township,    11 Kehl Drive,    Fleetwood, PA 19522-9285
13604757      +SBOOA, LLC,    100 E. Broad Street,    Floor 16,    Columbus, OH 43215-3684
13604758      +Special Financing Company, LLC,    2504 Buildamerila Drive,    Hampton, VA 23666-3223
13651669      +TD Auto Finance,    PO BOX 551080,    Jacksonville, FL 32255-1080
14077034       U.S. BANK N.A., AS TRUSTEE ET. AL.,    OCWEN LOAN SERVICING, LLC,    ATTN: BANKRUPTCY DEPARTMENT,
                P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
14078148      +U.S. Bank N.A.,    c/o Jodi L. Hause, Esq.,    1617 JFK Boulevard, Ste 1400,
                One Penn Center Plaza,    Philadelphia, PA 19103-1823
13707188       U.S. Bank N.A., as Trustee,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept,
                PO Box 24605,    West Palm Beach, FL 33416-4605
13604760      +WELLS FARGO BANK,    PO BOX 14517,    Des Moines, IA 50306-3517
13633616      +Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    1 Home Campus, 3rd Floor,
                Des Moines, IA 50328-0001
13604761      +West Reading Radiology,    2 Meridian Blvd.,    2nd Floor,    Wyomissing, PA 19610-3202
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 14 2018 02:03:30
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 14 2018 02:03:49     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13643843       +E-mail/Text: bnc@atlasacq.com Sep 14 2018 02:03:14     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
13604738       +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 14 2018 02:04:08     CCS,    2 Wells Avenue,
                Newton Center, MA 02459-3246
13604737       +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 14 2018 02:04:08     CCS,
                Payment Processing Center - 27,    P.O. Box 55126,    Boston, MA 02205-5126
13604740        E-mail/Text: bk.notifications@jpmchase.com Sep 14 2018 02:03:22     Chase,    P.O. Box 901076,
                Fort Worth, TX 76101-2076
13604741        E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Sep 14 2018 02:04:04      Comcast,
                P.O. Box 3006,    Southeastern, PA 19398-3006
13632925       +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 14 2018 02:04:08
                Credit Collection Service,    P.O. Box 587,    Needham Heights, MA 02494-0011
13645769       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 14 2018 02:15:32     Exeter Finance Corp.,
                c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
```

```
District/off: 0313-4           User: Keith              Page 2 of 3                 Date Rcvd: Sep 13, 2018
                               Form ID: 210U            Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13674981       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 14 2018 02:16:39      Exeter Finance Corp.,
                 P.O. Box 201347,    Arlington, TX 76006-1347
13604746       +E-mail/Text: ewaldman@exetertownship.com Sep 14 2018 02:03:20      Exeter Township,
                 4975 DeMoss Road,    Reading, PA 19606-9060
13640649        E-mail/Text: bk.notifications@jpmchase.com Sep 14 2018 02:03:22      JPMorgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
13604751       +Fax: 407-737-5634 Sep 14 2018 02:22:11      Ocwen Loan Servicing,    Attn:Bankruptcy Department,
                 1661 Worthington Rd, Ste. 100,    West Palm Beach, FL 33409-6493
13604759        E-mail/Text: bkrcy@ugi.com Sep 14 2018 02:04:05      UGI Utilities,    P.O. Box 15523,
                 Wilmington, DE 19886
13604762       +E-mail/Text: bankruptcy@yellowstonecapllc.com Sep 14 2018 02:04:07      Yellowstone Capital,
                 160 Pearl Street,    New York, NY 10005-1631
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              TD Auto Finance LLC
cr*            +Exeter Finance Corp.,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
cr*            +Ocwen Loan Servicing, LLC,    Robertson, Anschutz, & Schneid,    6409 Congress Ave,   Suite 100,
                 Boca Raton, FL 33487-2853
14181599*       U.S. Bank N.A., as Trustee, Et.al.,    OCWEN LOAN SERVICING, LLC,    Attn: Bankruptcy Department,
                 P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
13604732      ##+Alysia Shollenberger,    308 Emerald Lane,   Wyomissing, PA 19610-4001
13604753       ##PFS Group,   7670 Woodway Drive, Ste. 250,    Houston, TX 77063-1519
                                                                                    TOTALS: 1, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
```
              GEORGE M. LUTZ   on behalf of Debtor John M. Shollenberger glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              JASON BRETT SCHWARTZ    on behalf of Creditor   Exeter Finance Corp. jschwartz@mesterschwartz.com,
               jottinger@mesterschwartz.com
              JASON BRETT SCHWARTZ    on behalf of Creditor   Exeter Finance LLC jschwartz@mesterschwartz.com,
               jottinger@mesterschwartz.com
              JODI L. HAUSE   on behalf of Creditor   U.S. Bank N.A., As Trustee et. al.
               jodi.hause@phelanhallinan.com, paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeffrey Scott Dunn    jefdun@gmail.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              NICOLE B. LABLETTA    on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for
               nlabletta@pincuslaw.com, vbarber@pincuslaw.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
```

```
District/off: 0313-4          User: Keith                Page 3 of 3                  Date Rcvd: Sep 13, 2018
                              Form ID: 210U              Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                               TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John M. Shollenberger                                               Case No: 15–16956–ref

    Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 9/13/18

For The Court

Timothy B. McGrath
Clerk of Court

106
Form 210U