United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-16956-ref
John M. Shollenberger                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 3              Date Rcvd: Sep 17, 2018
                              Form ID: 309A          Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2018.
```
db           +John M. Shollenberger,    4620 Dunham Drive,   Reading, PA 19606-8948
smg          +Bureau of Audit and Enforcement,    City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,   Eighth and Washington Streets,    Reading, PA 19601
smg          +Dun & Bradstreet, INC,   3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,   633 Court Street,   Second Floor,    Reading, PA 19601-4300
13604734     +AR Resources,   P.O. Box 1056,   Blue Bell, PA 19422-0287
13604731     +Accord,   3730 Kirby Drive,   Houston, TX 77098-3933
13604735     +Berkheimer,   P.O. Box 995,   50 N. Seventh St.,    Bangor, PA 18013-1798
13604736     +Big Ass Solutions,   2348 Innovation Drive,    Lexington, KY 40511-8514
13604739      CHASE,   PO BOX 901003,   COLUMBUS, OH 43224
13604743     +CONVERGENT HC RECOVERIES,    121 NE JEFFERSON ST STE 100,    Peoria, IL 61602-1229
13604742      Comcast,   P.O. Box 985,   Toledo, OH 43697-0985
13604747     +Exeter Township Tax Collector,    POB 4216,   Reading, PA 19606-0616
13604748     +Fleet Capital,   368 New Hemstead Road,    Suite 247,   New City, NY 10956-1900
13658905     +Fleet Capital, LLC,   Davis and Goldmark, Inc.,    23441 S Pointe Dr #200,
               Laguna Hills CA 92653-1552
13786167     +George M. Lutz, Esquire,   Hartman, Magovern, Valeriano & Lutz PC,
               1100 Berkshire Blvd., Suite 301,   Wyomissing, PA 19610-1292
13670793     +JPMorgan Chase Bank, N.A.,   KML Law Group, P.C.,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
13604749     +Lids Team Sports,   c/o Levy Diamond Bello & Associates,    P.O. Box 352,
               Milford, CT 06460-0352
13632926     +Miller Law Group,   25 Stevens Avenue,   Reading, PA 19609-1425
13604750     +NPAS,   P.O. Box 99400,   Louisville, KY 40269-0400
13609089     +Ocwen Loan Servicing, LLC,   Robertson, Anschutz, & Schneid,    6409 Congress Ave,    Suite 100,
               Boca Raton, FL 33487-2853
13655615     +Ocwen Loan Servicing, LLC as servicer for,    Udren Law Offices, P.C.,   111 Woodcrest Road,
               Cherry Hill, NJ 08003-3620
13604754      PMSI,   P.O. Box 1155,   Pottstown, PA 19464-0875
13604752     +Pearl Capital Beta Fund,   40 Exchange Place,    Suite 301,   New York, NY 10005-2784
13653563     #+Porania LLC,   P. O. Box 11405,   Memphis TN 38111-0405
13604755      Pottstown Memorial Medical Center,    PO Box 1022,   Wixom, MI 48393-1022
13604756     +Quest Diagnostics,   P.O. Box 740775,   Cincinnati, OH 45274-0775
13670405     +Reading Health Systems,   c/o Convergent HC Rec.,    PO Box 1289,    Peoria IL 61654-1289
13683874     +Richmond Township,   11 Kehl Drive,   Fleetwood, PA 19522-9285
13604757     +SBOOA, LLC,   100 E. Broad Street,   Floor 16,    Columbus, OH 43215-3684
13604758     +Special Financing Company, LLC,    2504 Buildamerila Drive,   Hampton, VA 23666-3223
14077034      U.S. BANK N.A., AS TRUSTEE ET. AL.,    OCWEN LOAN SERVICING, LLC,   ATTN: BANKRUPTCY DEPARTMENT,
               P.O. BOX 24605,   WEST PALM BEACH FL 33416-4605
14078148     +U.S. Bank N.A.,   c/o Jodi L. Hause, Esq.,    1617 JFK Boulevard, Ste 1400,
               One Penn Center Plaza,   Philadelphia, PA 19103-1823
13707188      U.S. Bank N.A., as Trustee,   c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept,
               PO Box 24605,   West Palm Beach, FL 33416-4605
13604761     +West Reading Radiology,   2 Meridian Blvd.,    2nd Floor,   Wyomissing, PA 19610-3202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: glutz@hvmllaw.com Sep 18 2018 02:30:24     GEORGE M. LUTZ,
               Hartman, Valeriano, Magovern & Lutz, PC,   1100 Berkshire Blvd.,   Suite 301,    P.O. Box 5828,
               Wyomissing, PA  19610
tr           +EDI: QLEFELDMAN.COM Sep 18 2018 06:18:00      LYNN E. FELDMAN,   Feldman Law Offices PC,
               221 N. Cedar Crest Blvd.,   Allentown, PA 18104-4603
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2018 02:30:57
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 18 2018 02:31:12     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 18 2018 02:31:00     United States Trustee,
               Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
13604733      EDI: PHINAMERI.COM Sep 18 2018 06:18:00     Americredit Financial Services,    P.O. Box 183123,
               Arlington, TX 76096-3123
13643843     +EDI: ATLASACQU.COM Sep 18 2018 06:18:00     Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
13604738     +EDI: CCS.COM Sep 18 2018 06:18:00      CCS,   2 Wells Avenue,   Newton Center, MA 02459-3246
13604737     +EDI: CCS.COM Sep 18 2018 06:18:00      CCS,   Payment Processing Center - 27,    P.O. Box 55126,
               Boston, MA 02205-5126
13604744      EDI: CHRYSLER.COM Sep 18 2018 06:18:00     DaimlerChrysler Financial Services,    POB 551080,
               Jacksonville, FL 32255
13604740      EDI: CAUT.COM Sep 18 2018 06:18:00     Chase,    P.O. Box 901076,   Fort Worth, TX 76101-2076
13604741      E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Sep 18 2018 02:31:29      Comcast,
               P.O. Box 3006,   Southeastern, PA 19398-3006
13632925     +EDI: CCS.COM Sep 18 2018 06:18:00      Credit Collection Service,   P.O. Box 587,
               Needham Heights, MA 02494-0011
```

```
District/off: 0313-4            User: dlv               Page 2 of 3              Date Rcvd: Sep 17, 2018
                                Form ID: 309A           Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13604745        +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Sep 18 2018 02:36:51      EXETER FINANCE CORP,
                 PO BOX 166097,   IRVING, TX 75016-6097
13645769        +EDI: AISACG.COM Sep 18 2018 06:18:00      Exeter Finance Corp.,   c/o Ascension Capital Group,
                 P.O. Box 201347,   Arlington, TX 76006-1347
13674981        +EDI: AISACG.COM Sep 18 2018 06:18:00      Exeter Finance Corp.,   P.O. Box 201347,
                 Arlington, TX 76006-1347
13604746        +E-mail/Text: ewaldman@exetertownship.com Sep 18 2018 02:30:34      Exeter Township,
                 4975 DeMoss Road,   Reading, PA 19606-9060
13640649         EDI: CAUT.COM Sep 18 2018 06:18:00      JPMorgan Chase Bank N.A.,
                 National Bankruptcy Department,   P.O. Box 29505 AZ1-1191,   Phoenix , AZ 85038-9505
13604751        +Fax: 407-737-5634 Sep 18 2018 02:46:21      Ocwen Loan Servicing,   Attn:Bankruptcy Department,
                 1661 Worthington Rd, Ste. 100,   West Palm Beach, FL 33409-6493
13651669        +EDI: CHRYSLER.COM Sep 18 2018 06:18:00      TD Auto Finance,   PO BOX 551080,
                 Jacksonville, FL 32255-1080
13604759         E-mail/Text: bkrcy@ugi.com Sep 18 2018 02:31:32      UGI Utilities,   P.O. Box 15523,
                 Wilmington, DE 19886
13604760        +EDI: WFFC.COM Sep 18 2018 06:18:00      WELLS FARGO BANK,   PO BOX 14517,
                 Des Moines, IA 50306-3517
13633616        +EDI: WFFC.COM Sep 18 2018 06:18:00      Wells Fargo Bank, N.A.,   Wells Fargo Card Services,
                 1 Home Campus, 3rd Floor,   Des Moines, IA 50328-0001
13604762        +E-mail/Text: bankruptcy@yellowstonecapllc.com Sep 18 2018 02:31:32      Yellowstone Capital,
                 160 Pearl Street,   New York, NY 10005-1631
                                                                                               TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14181599*        U.S. Bank N.A., as Trustee, Et.al.,   OCWEN LOAN SERVICING, LLC,   Attn: Bankruptcy Department,
                  P.O. BOX 24605,   WEST PALM BEACH FL 33416-4605
13604732       ##+Alysia Shollenberger,   308 Emerald Lane,   Wyomissing, PA 19610-4001
13604753        ##PFS Group,   7670 Woodway Drive, Ste. 250,   Houston, TX 77063-1519
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2018 at the address(es) listed below:
```
              GEORGE M. LUTZ    on behalf of Debtor John M. Shollenberger glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Exeter Finance Corp. jschwartz@mesterschwartz.com,
               jottinger@mesterschwartz.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Exeter Finance LLC jschwartz@mesterschwartz.com,
               jottinger@mesterschwartz.com
              JODI L. HAUSE    on behalf of Creditor    U.S. Bank N.A., As Trustee et. al.
               jodi.hause@phelanhallinan.com, paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeffrey Scott Dunn     jefdun@gmail.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
```

```
District/off: 0313-4          User: dlv              Page 3 of 3                 Date Rcvd: Sep 17, 2018
                              Form ID: 309A          Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      NICOLE B. LABLETTA    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for
       nlabletta@pincuslaw.com,   vbarber@pincuslaw.com
      ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
       RRamos-Cardona@fredreiglech13.com
      THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                            TOTAL: 12

Case 15-16956-ref    Doc 117    Filed 09/19/18    Entered 09/20/18 01:04:39    Desc
Imaged Certificate of Notice    Page 3 of 5

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | John M. Shollenberger | Social Security number or ITIN | xxx–xx–5634 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed in chapter 13 | 9/28/15 |
| Case number: | 15–16956–ref | Date case converted to chapter 7 | 9/12/18 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | John M. Shollenberger | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4620 Dunham Drive<br>Reading, PA 19606 | |
| 4. | **Debtor's attorney**<br>Name and address | GEORGE M. LUTZ<br>Hartman, Valeriano, Magovern & Lutz, PC<br>1100 Berkshire Blvd.<br>Suite 301<br>P.O. Box 5828<br>Wyomissing, PA 19610 | Contact phone (610) 779–0772<br><br>Email:  glutz@hvmllaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | LYNN E. FELDMAN<br>Feldman Law Offices PC<br>221 N. Cedar Crest Blvd.<br>Allentown, PA 18104 | Contact phone (610) 530–9285<br><br>Email:  trustee.feldman@rcn.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 9/17/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 5, 2018 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**544 Court Street, Reading, PA 19601** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/4/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |