**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In Re:**                                                                          **Case No.** 15-16956

                                                                                    **Claim No. :** 9

JOHN M. SHOLLENBERGER

   Debtor(s)

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES ONLY, listed in the above stated case be changed.

**\*\* Below change is only for notice address. Payment address will be same as filed in POC.**

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| Exeter Finance Corp. | Exeter Finance Corp. |
| P.O. Box 201347 | 4515 N Santa Fe Ave. Dept. APS |
| Arlington, TX 76006 | Oklahoma City, OK 73118 |

Date: 09/19/2018

/s/ Ashish Rawat

Creditor's Authorized Agent for Exeter Finance Corp.