## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
                                          :
   John M. Shollenberger     :    **Case No.: 15-16956**
                                          :    **Chapter 7**
   Debtor(s).                :    **Judge Richard E. Fehling**
                                          :    * * * * * * * * * * * * * * * * * * * * * *
                                          :
                                          :

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:    THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED
STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN
AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C.

Section 102(1) and all other applicable law, the undersigned, as counsel of record for JPMorgan

Chase Bank, N.A., its successor and assigns ("Creditor"), a creditor of the above-named Debtor

and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or

required to be given in this case, and all papers served or required to be served in this case, be

given to and served upon the undersigned at the following office, address and telephone number:

        Sarah E. Barngrover, Esquire
        MANLEY DEAS KOCHALSKI LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        614-222-4921
        Atty File No.: 18-029425

The foregoing request includes not only the notices and papers referred to in the Rules specified

above, but also includes without limitation, orders and notices of any application, motion,

petition, pleading, request, complaint or demand, whether formal or informal, whether written or

oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or

otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

18-029425_SEW

Respectfully submitted,

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Kimberly A. Bonner
Adam B. Hall
Karina Velter
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

18-029425_SEW

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :
   **John M. Shollenberger**         :          **Case No.: 15-16956**
                                    :          **Chapter 7**
   **Debtor(s).**                  :          **Judge Richard E. Fehling**
                                    :          * * * * * * * * * * * * * * * * * * * *
                                    :
                                    :

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and

Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500,
Philadelphia, PA 19107

Lynn E. Feldman, Chapter 7 Trustee, 221 North Cedar Crest Boulevard, Allentown, PA
18104

George M. Lutz, Attorney for John M. Shollenberger, 1100 Berkshire Boulevard, Suite 301,
P.O. Box 5828, Wyomissing, PA 19610, glutz@hvmllaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 27,
2018:

John M. Shollenberger, 4620 Dunham Drive, Reading, PA 19606

DATE:  September 27, 2018

                           /s/ Sarah E. Barngrover
                           Sarah E. Barngrover, Esquire (323972)
                           Kimberly A. Bonner
                           Adam B. Hall
                           Karina Velter
                           Manley Deas Kochalski LLC
                           P.O. Box 165028
                           Columbus, OH  43216-5028
                           Telephone: 614-220-5611
                           Fax: 614-627-8181
                           Attorneys for Creditor

18-029425_SEW

The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-029425_SEW