# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 15-16956** |
| **John M. Shollenberger** | : | **Chapter 7** |
| | : | **Judge Richard E. Fehling** |
| **Debtor(s)** | : | ＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊ |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **November 8, 2018 at 9:30 a.m.** |
| | : | |
| **John M. Shollenberger** | : | **400 Washington Street** |
| | : | **Courtroom #1** |
| **Lynn E. Feldman** | : | **Reading, PA, 19601** |
| **Respondents.** | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

JPMorgan Chase Bank, N.A. has filed a Motion for Relief from Automatic Stay and Abandonment.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before November 1, 2018, you or your attorney must do **ALL** of the following:

A. File an answer explaining your position at:

**Clerk, U.S. Bankruptcy Court**
400 Washington Street
Reading, PA, 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

B. Mail a copy to the Creditor's attorney and the below listed:

18-029425_FXF

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Lynn E. Feldman
221 North Cedar Crest Boulevard
Allentown, PA  18104

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Richard E. Fehling on November 8, 2018 at 9:30 a.m. in 400 Washington Street, Courtroom #1, Reading, PA, 19601.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:  October 17, 2018

18-029425_FXF

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 15-16956** |
| **John M. Shollenberger** | : | **Chapter 7** |
| | : | **Judge Richard E. Fehling** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **November 8, 2018 at 9:30 a.m.** |
| | : | |
| **John M. Shollenberger** | : | **400 Washington Street** |
| | : | **Courtroom #1** |
| **Lynn E. Feldman** | : | **Reading, PA, 19601** |
| **Respondents.** | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response Deadline, and Hearing Date regarding Motion for Relief from Automatic Stay and Abandonment was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Lynn E. Feldman, Chapter 7 Trustee, 221 North Cedar Crest Boulevard, Allentown, PA 18104

George M. Lutz, Attorney for John M. Shollenberger, 1100 Berkshire Boulevard, Suite 301, P.O. Box 5828, Wyomissing, PA 19610, glutz@hvmllaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on October 17, 2018:

John M. Shollenberger, 4620 Dunham Drive, Reading, PA 19606

DATE: <u>October 17, 2018</u>

/s/ Karina Velter
_____
Karina Velter, Esquire (94781)

18-029425_FXF

Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-029425_FXF