## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 15-16956-ref** |
| **John M. Shollenberger** | : | **Chapter 7** |
| | : | **Judge Richard E. Fehling** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| vs | : | **November 8, 2018 at 9:30 a.m.** |
| | : | |
| **John M. Shollenberger** | : | **400 Washington Street** |
| | : | **Courtroom #1** |
| **Lynn E. Feldman** | : | **Reading, PA, 19601** |
| **Respondents.** | : | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT JPMORGAN CHASE BANK, N.A. TO REPOSSESS A 2014 DODGE GRAND CARAVAN VIN: 2C4RDGCG0ER214061, (DOCUMENT NO. 120)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on October 17, 2018 at Document No. 120 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than November 1, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                          /s/ Karina Velter
                                                      Karina Velter, Esquire (94781)
                                                      Kimberly A. Bonner (89705)
                                                      Adam B. Hall (323867)
                                                      Sarah E. Barngrover (323972)
                                                      Manley Deas Kochalski LLC

18-029425_FXF

P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-029425_FXF

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 15-16956-ref** |
| **John M. Shollenberger** | : | **Chapter 7** |
| | : | **Judge Richard E. Fehling** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| vs | : | **November 8, 2018 at 9:30 a.m.** |
| | : | |
| **John M. Shollenberger** | : | **400 Washington Street** |
| | : | **Courtroom #1** |
| **Lynn E. Feldman** | : | **Reading, PA, 19601** |
| **Respondents.** | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Certification of No Objection Regarding Motion for Relief from the Automatic Stay with 30 day waiver with the Court to permit JPMorgan Chase Bank, N.A. to repossess a 2014 Dodge Grand Caravan VIN: 2C4RDGCG0ER214061, and Abandonment of Property was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Lynn E. Feldman, Chapter 7 Trustee, Feldman Law Offices PC, 221 N. Cedar Crest Blvd., Allentown, PA 18104

George M. Lutz, Attorney for John M. Shollenberger, 1100 Berkshire Boulevard, Suite 301, P.O. Box 5828, Wyomissing, PA 19610, glutz@hvmllaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on November 2, 2018:

John M. Shollenberger, 4620 Dunham Drive, Reading, PA 19606

18-029425_FXF

DATE:   11/2/18

/s/ Karina Velter

Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-029425_FXF