# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 15-16956-ref** |
| **John M. Shollenberger** | : | **Chapter 7** |
| | : | **Judge Richard E. Fehling** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **November 8, 2018 at 9:30 a.m.** |
| | : | |
| **John M. Shollenberger** | : | |
| | : | _____ |
| **Lynn E. Feldman** | : | |
| **Respondents.** | : | **400 Washington Street** |
| | | **Courtroom #1** |
| | | **Reading, PA, 19601** |

## ORDER OF COURT

AND NOW, upon consideration of the Motion for Relief from the Automatic Stay filed by JPMorgan Chase Bank, N.A. ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of JPMorgan Chase Bank, N.A. in and to the Collateral of Debtor described as a 2014 Dodge Grand Caravan VIN:  2C4RDGCG0ER214061, and more particularly described in the Title, issued September 10, 2014, at Title Number 73704726.

IT IS **FURTHER ORDERED** that the Estate's interest in the Collateral referred to in the Motion is hereby **ABANDONED** to the Creditor.

BY THE COURT

**Date: November 13, 2018**

_____
RICHARD E. FEHLING, JUDGE
UNITED STATES BANKRUPTCY COURT

18-029425_FXF