United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John M. Shollenberger
     Debtor

Case No. 15-16956-ref
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Nov 13, 2018
                            Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2018.
db         +John M. Shollenberger,    4620 Dunham Drive,    Reading, PA 19606-8948
cr         +Ocwen Loan Servicing, LLC,    Robertson, Anschutz, & Schneid,    6409 Congress Ave,    Suite 100,      Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 14 2018 03:01:24      Exeter Finance Corp.,      c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 14 2018 02:59:56      Exeter Finance Corp.,      4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 2

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          TD Auto Finance LLC
                                                                                     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2018 at the address(es) listed below:
         GEORGE M. LUTZ    on behalf of Debtor John M. Shollenberger glutz@hvmllaw.com,      amerkey@hvmllaw.com;r49419@notify.bestcase.com
         JASON BRETT SCHWARTZ    on behalf of Creditor    Exeter Finance Corp. jschwartz@mesterschwartz.com,      jottinger@mesterschwartz.com
         JASON BRETT SCHWARTZ    on behalf of Creditor    Exeter Finance LLC jschwartz@mesterschwartz.com,      jottinger@mesterschwartz.com
         JODI L. HAUSE    on behalf of Creditor    U.S. Bank N.A., As Trustee et. al.      jodi.hause@phelanhallinan.com, paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com,      bkgroup@kmllawgroup.com
         Jeffrey Scott Dunn    jefdun@gmail.com
         KARINA VELTER    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,      ecf_frpa@trustee13.com
         LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
         NICOLE B. LABLETTA    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for      nlabletta@pincuslaw.com, vbarber@pincuslaw.com
         ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE      RRamos-Cardona@fredreiglech13.com
         THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, N.A. tpuleo@kmllawgroup.com,      bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                     TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 15-16956-ref** |
| **John M. Shollenberger** | : | **Chapter 7** |
| | : | **Judge Richard E. Fehling** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **November 8, 2018 at 9:30 a.m.** |
| | : | |
| **John M. Shollenberger** | : | |
| | : | _____ |
| **Lynn E. Feldman** | : | |
| **Respondents.** | : | **400 Washington Street** |
| | | **Courtroom #1** |
| | | **Reading, PA, 19601** |

## ORDER OF COURT

    AND NOW, upon consideration of the Motion for Relief from the Automatic Stay filed by JPMorgan Chase Bank, N.A. ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of JPMorgan Chase Bank, N.A. in and to the Collateral of Debtor described as a 2014 Dodge Grand Caravan VIN:  2C4RDGCG0ER214061, and more particularly described in the Title, issued September 10, 2014, at Title Number 73704726.

    IT IS **FURTHER ORDERED** that the Estate's interest in the Collateral referred to in the Motion is hereby **ABANDONED** to the Creditor.

BY THE COURT

**Date: November 13, 2018**

_____
RICHARD E. FEHLING, JUDGE
UNITED STATES BANKRUPTCY COURT

18-029425_FXF